Adopted by the Supreme Court April 18, 1934.

RUSTON DRILLING COMPANY, Relator,
v. James V. ALLRED, Atty. Gen., of
Texas, Respondent.
No. 1517—1755—6644.

Commission of Appeals of Texas, Sections A and B.
April 18, 1934.

Davidson, Blalock & Blalock and Myron G. Blalock, all of Marshall, for relator.

James V. Allred, Atty. Gen., and Homer C. DeWolfe, Asst. Atty. Gen., for respondent.

SMEDLEY, Commissioner.

This is a companion case to Rhoads Drilling Co. et al. v. James V. Allred, Attorney General, 70 S.W.(2d) 576, this day decided. Relator is the owner of an oil and gas lease covering a certain tract in the bed of the Sabine river, and identical in date and terms, except the description of the area leased, with the leases involved in that case. Respondent declined to approve a supplemental contract executed by the board of mineral development and relator on July 1, 1933, containing substantially the same recitals, terms, and conditions as those contained in the supplemental contract in that case construed. The pleadings present similar facts and the briefs the same questions.

The writ of mandamus will issue in accordance with the prayer of relator's petition, and directing approval of the contract as of July 1, 1933.

Adopted by the Supreme Court April 18, 1934.

BLUE STAR OIL COMPANY et al., Relators,
v. James V. ALLRED, Atty. Gen., of
Texas, Respondent.
No. 1518—1756—6639.

Commission of Appeals of Texas, Sections A and B.
April 18, 1934.

Black & Graves, of Austin, Rice M. Tilley and Harry Brelsford, both of Fort Worth, Locke, Locke, Stroud & Randolph, and Renfro, Ledbetter & McCombs, all of Dallas, and Davidson, Blalock & Blalock, of Marshall, for relators.

James V. Allred, Atty. Gen., and Homer C. DeWolfe, Asst. Atty. Gen., for respondents.

SMEDLEY, Commissioner.

This is a companion case to Rhoads Drilling Company et al. v. James V. Allred, Attorney General, 70 S.W.(2d) 576, this day decided. Relators are the owners of oil and gas leases covering certain tracts in the bed of the Sabine river, and identical in date and terms, except the description of the area leased, with the leases involved in that case. Respondent declined to approve a supplemental contract executed by the board of mineral development and relators on July 1, 1933, containing substantially the same recitals, terms, and conditions as those contained in the supplemental contract in that case construed. The pleadings present similar facts and the briefs the same questions.

The writ of mandamus will issue in accordance with the prayer of relator's petition, and directing approval of the contract as of July 1, 1933.

Adopted by the Supreme Court April 18, 1934.